

**FILED**

*11:38 am, 1/29/10*

**Stephan Harris**
**Clerk of Court**

# United States District Court
## For The District of Wyoming
### Alan B. Johnson

C, Deputy Clerk  
Julie Hedelson Thomas, Court Reporter  
Sheryl Veal, Law Clerk

January 29, 2010  
Cheyenne, WY

Case No. 09-CV-0118J;09-CV-38J; STATE OF WYOMING VS UNITED STATES FISH AND WILDLIFE SERVICE ACTING DIRECTOR ET AL

| | |
|---|---|
| STATE OF WYOMING, | Plaintiff's Attorneys: Jay A Jerde; James Davis |
| Plaintiff, | Intervenor: Harriet M Hageman |
| v. | |
| UNITED STATES FISH AND WILDLIFE SERVICE ACTING DIRECTOR ET AL, | Defendant's Attorneys: Michael R. Eitel; Nicholas Vassallo |
| Defendant. | |

## COURTROOM MINUTES
### Court Hearing

9:28 am Court called to order in presence of Plaintiffs and Defendants and Counsel.

9:28 am Argument by Jay Jerde for petitioner State of Wyoming

9:55 am Argument by Harriet Hageman for Intervenor Wyoming Wolf Coalition.

10:07 am Argument by Michael Eitel for Respondent United States Fish and Wild Life Service Director, Rowan Gould

10:44 am Rebuttal by Harriet Hageman for Intervenor Wyoming Wolf Coalition.

10:59 am Argument Jim Davis Park County for petitioner State of Wyoming

11:03 am Rebuttal by Jay Jerde for petitioner State of Wyoming

11:28 am rebuttal by Michael Eitel for Respondent United States Fish and Wild Life Service Director, Rowan Gould

11:34 am Judge Johnson speaks to plaintiff and defendants and counsel.

11:36 am Court in adjourned