IGNACIA S. MORENO, Assistant Attorney General
SETH M. BARSKY, Acting Section Chief
MICHAEL R. EITEL, Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
1961 Stout Street, 8th Floor, Room 812
Denver, Colorado 80294
Tel. (303) 844-1479/ Fax (303) 844-1350
Email: Michael.Eitel@usdoj.gov

JOHN R. GREEN
Attorney for the United States, Acting Under
Authority Conferred by 28 U.S.C. §515
NICHOLAS VASSALLO
Assistant United States Attorney
P.O. Box 668
Cheyenne, WY 82003-0668
Tel: (307) 772-2124/Fax: (307)772-2123

*Attorneys for Federal Respondents*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| STATE OF WYOMING, | ) | Case No. 09-CV-118-ABJ (Lead Case) |
| | ) | 09-CV-138-ABJ |
| Petitioner, | ) | (Consolidated Cases) |
| and | ) | |
| | ) | |
| WYOMING WOLF COALITION, | ) | |
| | ) | |
| Petitioner-Intervenor | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES DEPARTMENT OF | ) | |
| THE INTERIOR, et al., | ) | |
| | ) | |
| Respondents. | ) | |

1

|  |  |
|---|---|
| BOARD OF COUNTY COMMISSIONERS of the COUNTY OF PARK, STATE OF WYOMING, | )<br>)<br>)<br>)<br>) |
| Petitioner, | )<br>) |
| v. | )<br>) |
| UNITED STATES DEPARTMENT OF THE INTERIOR, et al., | )<br>)<br>) |
| Respondents. | )<br>)<br>) |

**FEDERAL RESPONDENTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Please take notice that, on August 5, 2010, Judge Molloy from the District of Montana issued an Opinion and Judgment in <u>Defenders of Wildlife v. Salazar</u>, 09-cv-77-DWM (D. Mt.), involving a challenge to the U.S. Fish and Wildlife Service's Final Rule (74 Fed. Reg. 15123) identifying the Northern Rocky Mountain population of gray wolf as a distinct population segment ("DPS") and revising the Endangered Species Act's ("ESA") list of endangered and threatened wildlife to remove the gray wolves in the DPS, except in Wyoming, from the ESA's protections. <u>See</u> Attachment 1. There, the Court granted in part Plaintiffs' motion for summary judgment and vacated and set aside the rule. The government is currently reviewing the decision to determine what effect, if any, the District of Montana's order has on the consolidated cases before this Court and whether further proceedings in the District of Montana or the Ninth Circuit Court of Appeals are warranted.

Respectfully submitted this 9th day of August, 2010.

        IGNACIA S. MORENO
        Assistant Attorney General
        SETH M. BARSKY, Acting Section Chief

        */s/ Michael R. Eitel*
        MICHAEL R. EITEL, Trial Attorney
        United States Department of Justice
        Environment & Natural Resources Division
        Wildlife & Marine Resources Section
        1961 Stout Street, 8th Floor, Room 812
        Denver, Colorado 80294
        Tel. (303) 844-1479/ Fax (303) 844-1350
        Email:  Michael.Eitel@usdoj.gov

        JOHN R. GREEN
        Attorney for the United States, Acting Under
        Authority Conferred by 28 U.S.C. §515

        */s/ Nicholas Vassallo*
        NICHOLAS VASSALLO
        Assistant United States Attorney
        P.O. Box 668
        Cheyenne, WY 82003-0668
        Tel: (307) 772-2124/Fax (307)772-2123

OF COUNSEL:
MARGOT ZALLEN
U.S. Department of the Interior
Office of the Solicitor
Lakewood, Colorado

        *Attorneys for Respondents*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 9, 2010, I filed the foregoing through the Court's CM/ECF system, which will automatically provide notice to counsel of record:

Harriet M Hageman
Kara Brighton
HAGEMAN & BRIGHTON
222 East 21st Street
Cheyenne, WY 82001
307/635-4888
307/635-7581 (fax)
kbrighton@hblawoffice.com / hhageman@hblawoffice.com

James F Davis
Bryan Skoric
PARK COUNTY ATTORNEY'S OFFICE
1002 Sheridan Avenue
Cody, WY 82414
307/527-8660
307/527-8668 (fax)
jdavis@parkcounty.us / bskoric@parkcounty.us
Consolidated Petitioner

Bruce A Salzburg
Affie Burnside Ellis
Jay A. Jerde
WYOMING ATTORNEY GENERAL'S OFFICE
123 Capitol Building
Cheyenne, WY 82002
307/777-6946
307/777-6869 (fax)
aellis@state.wy.us / jjerde@state.wy.us
Petitioner State of Wyoming

                                          */s/ Michael R. Eitel*
                                          Michael R. Eitel