# APPENDIX A

|  | 2009 Hours | 2010 Hours | 2011 Hours |
|---|---|---|---|
| **Attorneys** |  |  |  |
| Harriet M. Hageman | 71.90 | 59.60 | 23.3 |
| Kara Brighton | 3.0 | .50 | 5.85 |
| Magdalene Allely | 68.40 | 0.00 | 0.00 |
|  |  |  |  |
| **Attorney Subtotal:** | **143.30** | **60.10** | **29.15** |
|  |  |  |  |
| **Legal Assistant** |  |  |  |
| Kim Erickson | 7.35 | 1.60 | 3.85 |
|  |  |  |  |
| **Non-Attorney Subtotal:** | **7.35** | **1.60** | **3.85** |

# APPENDIX B

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| HMH | 03/08/09 | 1.3 | Commenced preparation of Letter of Intent. |
| HMH | 3/12/09 | 4.2 | Preparation for and participation in Wolf Coalition meeting. |
| KE | 04/02/09 | .25 | Attention to confirming contact information for each of the organizations wishing to be included in the 60-day notice. |
| HMH | 04/03/09 | 1.2 | Finalized Notice of Intent to file suite re: wolf decision; telephone conferences with office re: the same; attention to service of the same. |
| KB | 04/03/09 | 0.5 | Telephone conference with Harriet Hageman; Finalized letter of intent; Placed telephone call to Bryce Reece (left message). |
| KE | 04/03/09 | 1.25 | Attention to finalizing and serving 60-day Notice of Intent to File Civil Suit. Prepared letter to coalition members enclosing copy of the same, along with a copy of the State's Notice of Intent. |
| HMH | 04/07/09 | 0.4 | Receipt and review of information from Bryce Reece re: Wyoming Wolf Coalition; attention to revising Participation Agreement. |
| HMH | 04/08/09 | 0.2 | Receipt, review and edit press release; interview with North Ag Network. |
| HMH | 05/07/09 | 1.0 | Telephone conference with Ken Hamilton re: conference call with Farm Bureau Federation re: Wolf Coalition lawsuit and strategy; preparation for and participation in the same. |
| HMH | 05/27/09 | 0.5 | Telephone conference with Jim Magagna re: status; telephone conference with Bryce Reece re: the same. |
| HMH | 06/01/09 | 6.1 | Preparation for and participation in Coalition conference call; prepared Memorandum to Coalition members re: stand-alone lawsuit vs. intervention; research re: the same. |
| HMH | 06/04/09 | 0.8 | Review of State of Wyoming's Petition for Review; prepared Memorandum to Coalition members re: the same. |
| HMH | 06/16/09 | 0.7 | Conference call with Wolf Coalition re: strategy for filing petition; telephone conference with Dave Julian re: the same. |
| HMH | 06/20/09 | 5.5 | Commenced preparation of Motion to Intervene and Brief in Support; research re: the same; attention to finalizing summary of Coalition members (Exhibit A); research re: intervention. |
| HMH | 06/21/09 | 0.5 | Continued preparation of Petition for Intervention and Brief in Support; e-mail correspondence re: the same; continued preparation of Exhibit A. |

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| HMH | 06/22/09 | 1.3 | Attention to contacting attorneys re: motion to intervene; telephone conference with Attorney Michael Eitel (USDOJ) re: the same; telephone conference with Jay Jerde re: intervention, Montana litigation, and strategy; receipt, review and edit Participation Agreement and correspondence to prospective Coalition members. |
| HMH | 06/24/09 | 0.3 | Telephone conference with Ken Hamilton re: participation agreement; telephone conference with Scott Zimmerman re: the same. |
| HMH | 06/25/09 | 0.2 | Attention to Coalition membership issues. |
| HMH | 06/26/09 | 1.3 | Continued preparation of Petition to Intervene and Exhibit A. |
| HMH | 06/29/09 | 0.5 | Attention to finalizing intervention documents for filing with the Court. |
| HMH | 07/01/09 | 0.3 | Continued preparation of Intervention documents for filing with Court. |
| KE | 07/02/09 | 0.5 | Attention to filing and serving Motion for Leave to Intervene as Petitioner-Intervenor and Brief in Support Thereof on behalf of the Wyoming Wolf Coalition. |
| HMH | 07/09/09 | 0.2 | Receipt and review of Order Granting Wolf Coalition's Motion to Intervene; attention to distributing to Coalition members. |
| HMH | 07/22/09 | 0.4 | Telephone conference with Deputy Attorney General Jay Jerde re: Rule 26(f) conference, schedule, administrative record, and strategy. |
| KB | 08/03/09 | 1.0 | Prepared for Scheduling Conference. |
| KB | 08/04/09 | 1.5 | Prepared for and attended Scheduling Conference; email correspondence to Harriet Hageman re: the same. |
| MA | 08/04/09 | 0.75 | Attendance at scheduling hearing for Wolf Coalition. |
| HMH | 08/10/09 | 0.2 | Telephone conference with Attorney Jay Jerde re: intervention in Montana lawsuit. |
| KE | 08/14/09 | 0.5 | Attention to updating coalition member list; Prepared letter to coalition members forwarding copies of Order on Initial Pretrial Conference and Notice of Filing Administrative Record. |
| HMH | 08/25/09 | 0.2 | Attention to confirming clients and contact information. |
| HMH | 08/27/09 | 0.4 | Attention to adding intervenor parties to lawsuit. |
| HMH | 08/28/09 | 2.2 | Attention to scheduling; receipt and review of Attorney Jay Jerde's letter to DOJ re: adequacy of Administrat5ive Record; review of related documents. |
| HMH | 09/09/09 | 6.5 | Preparation for meeting with Wolf Coalition; commenced review of administrative record and federal register notices; telephone conference with Art Davis. |
| HMH | 09/10/09 | 8.2 | Travel to and from Casper; meeting with Wolf Coalition. |

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| HMH | 09/22/09 | 1.1 | Prepared Unopposed Motion to Amend Exhibit A to Motion to Intervene and related proposed Order; prepared Amended Exhibit A; Rule 7.1 contact with other counsel re: the same. |
| KE | 09/22/09 | 0.4 | Attention to e-filing and serving Motion for Leave to File Amended Exhibit A to Motion to Intervene; e-mail correspondence to coalition members enclosing copy of the same. |
| MA | 09/30/09 | 1.25 | Review of previous pleadings and file. |
| MA | 10/01/09 | 2.5 | Continued review of file and administrative record. |
| MA | 10/02/09 | 2.25 | Continued review of administrative record. |
| MA | 10/05/09 | 2.0 | Continued review of the administrative record. |
| MA | 10/12/09 | 2.25 | Continued review of the administrative record. |
| HMH | 10/13/09 | 0.3 | Telephone conference with Ken Hamilton re: status, strategy and contact with Legislators. |
| MA | 10/14/09 | 1.25 | Continued review of the administrative record. |
| MA | 10/15/09 | 2.0 | Telephone conference with Jay Jerde re: administrative record, approach to briefing. Continued review of record. |
| MA | 10/16/09 | 1.5 | Review of U.S. Supreme Court case re: standard of review when agency changes policy. Continued review of record. |
| HMH | 10/19/09 | 0.4 | Telephone conference with Attorney John Kittle (RMEF) re: status, strategy, and solutions. |
| MA | 10/19/09 | 2.5 | Continued review of administrative record, federal register. |
| KE | 10/20/09 | 0.1 | Email correspondence to Coalition Members attaching copy of Order Granting Wolf Coalition's Unopposed Motion for Leave to File Amended Exhibit A to Motion to Intervene. |
| HMH | 10/21/09 | 2.7 | Continued review of documents included in Administrative Record; meeting with Maggie Allely re: strategy and brief; preparation for and participation in strategy conference call with Coalition members. |
| MA | 10/21/09 | 2.25 | Continued preparation of opening brief.  Attended conference call re: status of the case. |
| MA | 10/22/09 | 1.5 | Continued preparation of brief, continued review of federal register. |
| MA | 10/23/09 | 2.7 | Continued preparation of opening brief - standard of review when agency changes policy. |
| MA | 10/26/09 | 3.6 | Continued preparation of Opening Brief re: USFWS refusal to delist in Wyoming. |
| MA | 10/29/09 | 6.0 | Continued preparation of opening brief. |

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| MA | 11/02/09 | 4.25 | Continued preparation of opening brief. |
| HMH | 11/02/09 | 2.3 | Continued review of select documents from the Administrative Record re: technical support for decision. |
| HMH | 11/03/09 | 4.3 | Commenced revisions to opening brief. |
| MA | 11/04/09 | 7.0 | Continued revisions to opening brief. |
| HMH | 11/04/09 | 2.7 | Continued review of documents from Administrative Record (focusing on FWS' change of mind re: Wyoming's Wolf Management Plan). |
| MA | 11/05/09 | 6.1 | Telephone conference with Jay Jerde re: content of brief; continued revisions to opening brief. |
| HMH | 11/05/09 | 6.2 | Continued preparation of Wolf Coalition Opening Brief. |
| MA | 11/06/09 | 7.75 | Additions to opening brief re: 2008 Final Wolf Management Plan. |
| HMH | 11/06/09 | 4.1 | Continued preparation of Wolf Coalition Opening Brief; continued review and compilation of Administrative Record and historical documents. |
| MA | 11/08/09 | 4.25 | Commenced preparation of Appendix, Table of Contents and Exhibits to opening brief. |
| KE | 11/09/09 | 4.0 | Assisted with organizing and finalizing Opening Brief and Appendix; attention to e-filing and serving the same. |
| MA | 11/09/09 | 4.75 | Commenced finalization of opening brief in preparation for filing. |
| KE | 11/10/09 | 0.25 | Email correspondence to Coalition Members attaching Wolf Coalition Brief and the Joint Brief filed by the State of Wyoming and Park County. |
| KE | 12/15/09 | 0.1 | Email correspondence to coalition members attaching copy of Federal Respondents' Response Brief. |
| HMH | 12/28/09 | 1.7 | Commenced review of Respondents' Response Brief. |
| HMH | 12/30/09 | 1.5 | Continued review of Respondents' Response Brief. |
| HMH | 01/06/10 | 1.7 | Continued preparation of Reply Brief. |
| HMH | 01/11/10 | 0.6 | Telephone conference with Attorney Jay Jerde re: strategy for Wolf Coalition and State reply brief. |
| HMH | 01/13/10 | 6.9 | Continued preparation of Reply Brief; review of Administrative Record documents cited by Respondents; research re: case law cited by Respondents. |
| HMH | 01/14/10 | 7.2 | Continued preparation of Reply Brief; continued review of Administrative Record re: the same. |
| HMH | 01/15/10 | 8.3 | Finalized Reply Brief; finalized review of Administrative Record re: the same. |

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| KE | 01/15/10 | 0.75 | Attention to filing and serving Wolf Coalition's Reply Brief; email correspondence to wolf coalition members attaching copy of the same, along with the Joint Reply Brief by the State of Wyoming and Park County. |
| KE | 01/18/10 | 0.75 | Attention to organizing oral argument notebook for Harriet Hageman. |
| HMH | 01/19/10 | 1.4 | Preparation for and participation in strategy conference call with Wolf Coalition. |
| KB | 01/19/10 | 0.5 | Participated in client conference call. |
| HMH | 01/20/10 | 3.5 | Telephone conference with Bob Wharff re: strategy and public relations; telephone conference wi th Dave Vaughn re: wolf numbers and USFWS annual reports; attention to preparing for oral argument. |
| HMH | 01/25/10 | 0.6 | Telephone conference with Bob Wharff re: oral argument. |
| HMH | 01/27/10 | 1.2 | Continued preparation for hearing. |
| HMH | 01/28/10 | 3.2 | Telephone conference with Jay Jerde re: strategy for hearing; preparation for hearing. |
| HMH | 01/29/10 | 6.0 | Preparation for and attendance at  wolf hearing oral argument, and related meetings. |
| KE | 08/11/10 | 0.1 | Email correspondence to Wolf Coalition Members attaching copy of Judge Molloy's opinion. |
| HMH | 09/21/10 | 1.5 | Preparation for and participation in conference call with Wolf Coalition. |
| HMH | 10/15/10 | 0.8 | Telephone conference with Ken Hamilton re: State developments and strategy. |
| HMH | 10/25/10 | 0.7 | Telephone conference with Ken Hamilton re: status and discussions between States re: changing Management Plans. |
| HMH | 10/27/10 | 3.3 | Telephone conference re: Montana Fish, Wildlife and Parks' negotiations with environmental groups; review of report re: the same; telephone conference with Bryce Reece re: strategy; receipt and review of e-mail from Ken Hamilton re: three-state discussions; email correspondence to clients re: the same; review of Judge Molloy's decision in Montana case. |
| HMH | 10/28/10 | 4.0 | Research re: Montana pleadings; review of DOW arguments re: non-essential experimental population; telephone conference with Jay Jerde re: the same; preparation for and participation in conference call with Johnson County Wool Growers re: legislative actions. |
| HMH | 10/29/10 | 1.5 | Telephone conference re: strategy; attention to preparing draft letter for Wolf Coalition signature. |
| HMH | 11/01/10 | 0.5 | Telephone conference with Ken Hamilton re: status and strategy. |

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| HMH | 11/17/10 | 2.8 | Telephone conference with Bryce Reece re: Idaho meetings; telephone conference with Speaker-Elect Ed Buchanan; meeting with Bob Wharff; status report (telephone) to WACD Annual Meeting. |
| HMH | 11/19/10 | 0.2 | Telephone conference with Ken Hamilton re: Judge Johnson's decision. |
| HMH | 12/08/10 | 0.9 | Telephone conference with Bryce Reece re: USFWS bill; telephone conference re: the same; attention to providing documents. |
| HMH | 12/17/10 | 2.4 | Meeting with Bryce Reece and Ken Hamilton; meeting with Legislators re: wolf bills. |
| HMH | 12/28/10 | 0.4 | Telephone conference with Attorney Margo Zallen (USDOJ/USDOI) re: appeal of Judge Johnson's decision. |
| KE | 01/14/11 | 0.25 | Email correspondence to coalition members attaching Federal Respondent's Notice of Appeal. |
| HMH | 01/18/11 | 0.7 | Provided status report to WYOGA. |
| HMH | 01/19/11 | 0.9 | Report to Republican Caucus re: status of wolf lawsuit. |
| KE | 01/20/11 | 1.0 | Prepared Entry of Appearance in the Tenth Circuit Court of Appeals case. Attention to file maintenance and organization of appeals file. |
| HMH | 01/31/11 | 0.5 | Receipt and review of email re: Judge Molloy's decision; prepared response re: the same; PACER research re: decision. |
| KB | 02/09/11 | 1.5 | Prepared for and attended meeting re: status of appeal and lawsuit. |
| HMH | 02/16/11 | 1.7 | Attendance at meeting to discuss wolf strategy. |
| KE | 02/17/11 | 0.1 | Email correspondence to Coalition Members attaching copy of Tenth Circuit Court of Appeals' Order dated February 14, 2011. |
| HMH | 02/18/11 | 0.4 | Telephone conference with Todd Jones re: strategy. |
| HMH | 02/27/11 | 2.7 | Review of Judge Johnson's decision in preparation for responding to Tenth Circuit Court's Order re: finality for appeal. |
| HMH | 03/15/11 | 3.3 | Telephone conference with Jay Jerde re: Defendants' Motion to Dismiss Appeal; telephone conferences with the 10th Circuit Court of Appeals re: the same; attention to distribution of information to clients; telephone conference with BJ Hill re: status; telephone conferences re: Wolf Coalition response. |
| HMH | 03/16/11 | 6.4 | Telephone conference with Senator Barrasso's office re: status of appeal; telephone conference with Representative Lummis' office re: the same; telephone conferences re: status and strategy; commenced preparation of letter re: congressional action. |
| KB | 03/22/11 | 1.75 | Conducted research re: Equal Access to Justice Act. |

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| KB | 03/24/11 | 0.4 | Telephone conference with Bryce Reece and Ken Hamilton re: Application for Equal Access to Justice Act funds; Continued preparation of Application. |
| KB | 03/25/11 | 0.75 | Continued preparation of EAJA Application. |
| KB | 03/30/11 | 1.25 | Continued preparation of Application for Fees under EAJA. |
| KE | 03/30/11 | 2.5 | Commenced preparation of appendices to Petition for Application for EAJA Funds. |
| HMH | 04/01/11 | 4.3 | Preparation for and participation in meeting with Steve Ferrell; continued preparation of EAJA documents; finalized affidavit re: the same; e-mail correspondence to clients; telephone conference with Ken Hamilton re: strategy. |
| KB | 04/05/11 | 0.2 | Telephone conferences with Converse County Farm Bureau of Rock Mountain Federation re: affidavits. |
| HMH | 04/10/11 | 2.4 | Continued preparation of EAJA documents; email correspondence to clients re: affidavits. |

# APPENDIX C

| EXPENSE | AMOUNT |
|---|---|
| Photocopies | $ 362.60 |
| Postage | $ 45.51 |
| Long Distance Telephone Charges | $ 65.78 |
| PACER Research | $ 41.92 |
| Mileage Reimbursement | $ 176.75 |
| **TOTAL** | **$ 692.56** |

# APPENDIX D

## AFFIDAVIT OF  Bryce R. Reece

STATE OF WYOMING                                    )
                                                    ) ss
COUNTY OF  ~~Natrona~~  Laramie                     )

      I, _Bryce R. Reece____, as the _Executive Director_____ of _Wyoming Association of County Predatory Animal Boards , being first duly sworn, do hereby state and affirm as follows:

1.     I am a resident of __Casper___, Wyoming, in _Natrona___ County.   I am fully familiar with the facts stated herein and make this Affidavit based upon my own personal knowledge.

2.     I am/our organization, Wyoming Association of County Predatory Animal Board , is (circle one):

     a.     An individual with a net worth of not more than $2 million;

     b.     The sole owner of an unincorporated business who has a net worth of not more than $7 million, including both personal and business interests, and not more than 500 employees;

     c.     A charitable or other tax-exempt organizations described in section 501(c)(3) of the Internal Revenue Code (26 U.S.C. 501(c);

     d.     A cooperative association as defined in section 15(a) of the Agricultural Marketing Act (2 U.S.C. 1141j(a)) with not more than 500 employees;

     e.     Any other partnership, corporation, association, unit of local government, or organization with a net worth of not more than $7 million and not more than 500 employees.

FURTHER AFFIANT SAYETH NOT

     DATED this _____11_____ day of April, 2011.

     On this  11  day of April, 2011, before me personally appeared  Bryce Reece , to me personally known, who, being by me duly sworn, did say that he/she signed said Affidavit in hi/hers capacity as  Executive Director _____, and he/she acknowledged said instrument to be his/her free act and deed.

     Given under my hand and notarial seal this  11  day of  April , 2011.

                                   Kimberly J. Erickson
                                   Notary Public

My Commission Expires: 06/05/11

KIMBERLY J. ERICKSON - NOTARY PUBLIC
COUNTY OF LARAMIE     STATE OF WYOMING
MY COMMISSION EXPIRES  JUN. 5, 2011

# AFFIDAVIT OF James H. Magagna

STATE OF WYOMING             )
                                     ) ss

COUNTY OF LARAMIE         )

       I, James H. Magagna, as the Executive Vice President of Wyoming Stock Growers Association, being first duly sworn, do hereby state and affirm as follows:

1.      I am a resident of Rock Springs, Wyoming, in Sweetwater County.   I am fully familiar with the facts stated herein and make this Affidavit based upon my own personal knowledge.

2.      I am/our organization,   Wyoming Stock Growers Association, is (circle one):

      a.     An individual with a net worth of not more than $2 million;

      b.     The sole owner of an unincorporated business who has a net worth of not more than $7 million, including both personal and business interests, and not more than 500 employees;

      c.     A charitable or other tax-exempt organizations described in section 501(c)(3) of the Internal Revenue Code (26 U.S.C. 501(c);

      d.     A cooperative association as defined in section 15(a) of the Agricultural Marketing Act (2 U.S.C. 1141j(a)) with not more than 500 employees;

      e.     Any other partnership, corporation, association, unit of local government, or organization with a net worth of not more than $7 million and not more than 500 employees.

FURTHER AFFIANT SAYETH NOT

      DATED this 1st day of April, 2011

_James H. Magagna_

      On this 1st day of April, 2011, before me personally appeared James H. Magagna, to me personally known, who, being by me duly sworn, did say that he/she signed said Affidavit in hi/hers capacity as Executive Vice President of the Wyoming Stock Growers Association, and he/she acknowledged said instrument to be his/her free act and deed.

      Given under my hand and notarial seal this 1st day of April, 2011.

_Ona S. Lightfoot_
Notary Public

My Commission Expires: _1-12-2012_

**AFFIDAVIT OF** _Ken Hamilton_

STATE OF WYOMING          )
                                        ) ss

COUNTY OF _ALBANY_          )

       I, _Ken Hamilton_, as the _EVP_ of _Wyoming Farm Bureau_ being first duly sworn, do hereby state and affirm as follows:

1.      I am a resident of _Laramie_, Wyoming, in _Albany_ County. I am fully familiar with the facts stated herein and make this Affidavit based upon my own personal knowledge.

2.      I am/our organization, _Wyoming Farm Bureau_, is (circle one):

       a.      An individual with a net worth of not more than $2 million;

       b.      The sole owner of an unincorporated business who has a net worth of not more than $7 million, including both personal and business interests, and not more than 500 employees;

       c.      A charitable or other tax-exempt organizations described in section 501(c)(3) of the Internal Revenue Code (26 U.S.C. 501(c);

       d.      A cooperative association as defined in section 15(a) of the Agricultural Marketing Act (2 U.S.C. 1141j(a)) with not more than 500 employees;

       (e.)      Any other partnership, corporation, association, unit of local government, or organization with a net worth of not more than $7 million and not more than 500 employees.

FURTHER AFFIANT SAYETH NOT

       DATED this ____1____ day of April, 2011

                                _Ken Hamilton_

       On this __1__ day of April, 2011, before me personally appeared _Ken Hamilton_, to me personally known, who, being by me duly sworn, did say that he/she signed said Affidavit in hi/hers capacity as _EVP of Wyoming Farm Bureau_, and he/she acknowledged said instrument to be his/her free act and deed.

       Given under my hand and notarial seal this __1__ day of _April_, 2011.

                                _Tracy Wilson_
                                 Notary Public

TRACY WILSON - NOTARY PUBLIC
COUNTY OF        STATE OF
ALBANY        WYOMING
My Commission Expires
MY COMMISSION EXPIRES JANUARY 10, 2013

**AFFIDAVIT OF   Roberta Frank**

STATE OF WYOMING                        )
                                        ) ss
COUNTY OF __Laramie____        )

    I, __Roberta Frank___, as the __Executive Director__ of _Wyoming Association of Conservation Districts_, being first duly sworn, do hereby state and affirm as follows:

1.    I am a resident of _Cheyenne_, Wyoming, in _Laramie_ County.  I am fully familiar with the facts stated herein and make this Affidavit based upon my own personal knowledge.

2.    I am/our organization, _Wyoming Association of Conservation District_, is (circle one):

    a.    An individual with a net worth of not more than $2 million;

    b.    The sole owner of an unincorporated business who has a net worth of not more than $7 million, including both personal and business interests, and not more than 500 employees;

    c.    A charitable or other tax-exempt organizations described in section 501(c)(3) of the Internal Revenue Code (26 U.S.C. 501(c);

    d.    A cooperative association as defined in section 15(a) of the Agricultural Marketing Act (2 U.S.C. 1141j(a)) with not more than 500 employees;

    e.    Any other partnership, corporation, association, unit of local government, or organization with a net worth of not more than $7 million and not more than 500 employees.

FURTHER AFFIANT SAYETH NOT

    DATED this _6th_ day of April, 2011

_Roberta K. Frank_ (signature)

    On this _6th_ day of April, 2011, before me personally appeared Roberta K. Frank, to me personally known, who, being by me duly sworn, did say that he/she signed said Affidavit in hi/hers capacity as _executive director_, and he/she acknowledged said instrument to be his/her free act and deed.

    Given under my hand and notarial seal this _6th_ day of _April_, 2011.

L. ERIC LUNDGREN - NOTARY PUBLIC
County of Laramie   State of Wyoming
My Commission Expires 1/18/2014

_Notary Public_ (signature)

My Commission Expires: 1/18/2014

## AFFIDAVIT OF KENT PEPPLER

STATE OF COLORADO          )
                                       ) ss

COUNTY OF ARAPAHOE        )

     I, Kent Peppler, as the President of Rocky Mountain Farmers Union, being first duly sworn, do hereby state and affirm as follows:

1.     I am a resident of Mead, Colorado, in Larimer County. I am fully familiar with the facts stated herein and make this Affidavit based upon my own personal knowledge.

2.     Our organization, Rocky Mountain Farmers Union, a tax-exempt organization under section 501(c)(5) of the Internal Revenue Code, is (circle one):

    a.     An individual with a net worth of not more than $2 million;

    b.     The sole owner of an unincorporated business who has a net worth of not more than $7 million, including both personal and business interests, and not more than 500 employees;

    c.     A charitable or other tax-exempt organizations described in section 501(c)(3) of the Internal Revenue Code (26 U.S.C. 501(c);

    d.     A cooperative association as defined in section 15(a) of the Agricultural Marketing Act (2 U.S.C. 1141j(a)) with not more than 500 employees;

    (e.)     Any other partnership, corporation, association, unit of local government, or organization with a net worth of not more than $7 million and not more than 500 employees.

FURTHER AFFIANT SAYETH NOT

     DATED this ___5th___ day of April, 2011

                            _Kent Peppler_

     On this _5th_ day of April, 2011, before me personally appeared _Kent Peppler_, to me personally known, who, being by me duly sworn, did say that he/she signed said Affidavit in hi/hers capacity as President, Rocky Mountain Farmers Union, and he/she acknowledged said instrument to be his/her free act and deed.

     Given under my hand and notarial seal this _5th_ day of _April_, 2011.

                            _Karrie Thulin_
                            Notary Public

My Commission Expires:

*(Notary seal: KARRIE THULIN, NOTARY PUBLIC, STATE OF COLORADO, My Commission Expires 08-09-2013)*

**AFFIDAVIT OF** _____

STATE OF WYOMING                           )
                                           ) ss
COUNTY OF *Uinta*                          )

I, ~~JULIA K. DAVIS~~ *Robert A. Whatt*, as the *Executive Director* of *WY SFW* _____,

being first duly sworn, do hereby state and affirm as follows:

1.   I am a resident of *Evanston*, Wyoming, in *Uinta* County.  I am fully familiar
     with the facts stated herein and make this Affidavit based upon my own personal knowledge.

2.   I am/our organization, *Wyoming Sportsmen for Fish & Wildlife*, is (circle one):
     *DBA Wyoming Sportsmen for Habitat, Inc*

     a.   An individual with a net worth of not more than $2 million;

     b.   The sole owner of an unincorporated business who has a net worth of not more than $7
          million, including both personal and business interests, and not more than 500
          employees;

     c.   A charitable or other tax-exempt organizations described in section 501(c)(3) of the
          Internal Revenue Code (26 U.S.C. 501(c);

     d.   A cooperative association as defined in section 15(a) of the Agricultural Marketing Act
          (2 U.S.C. 1141j(a)) with not more than 500 employees;

     e.   Any other partnership, corporation, association, unit of local government, or organization
          with a net worth of not more than $7 million and not more than 500 employees.


FURTHER AFFIANT SAYETH NOT

     DATED this ___1st___ day of April, 2011

     *Robert O. Whatt*

On this ___1___ day of April, 2011, before me personally appeared *Robert A. Whatt*, to
me personally known, who, being by me duly sworn, did say that he/she signed said Affidavit in
hi/hers capacity as ___*Executive Director*___, and he/she acknowledged
said instrument to be his/her free act and deed.

     Given under my hand and notarial seal this ___1___ day of *April*, 2011.

     *Julia K. Davis*
     _____
     Notary Public

My Commission Expires:

JULIA K. DAVIS - NOTARY PUBLIC
County of          State of
Uinta              Wyoming
My Commission Expires Aug. 12, 2012

**AFFIDAVIT OF** _____

STATE OF WYOMING           )
                                ) ss
COUNTY OF _*PARK*_____    )

    I, _*JOSEPH E Tilden*_ , as the _*BOARD MEMBER*_ of _*SFW BIG HORN BASIN*_ being first duly sworn, do hereby state and affirm as follows:

1.    I am a resident of _*CODY*_____, Wyoming, in _*PARK*_____ County. I am fully familiar with the facts stated herein and make this Affidavit based upon my own personal knowledge.

2.    I am/our organization _*SFW BIGHORN BASIN CHAPTER*_ is (circle one):

    a.    An individual with a net worth of not more than $2 million;

    b.    The sole owner of an unincorporated business who has a net worth of not more than $7 million, including both personal and business interests, and not more than 500 employees;

    c.    A charitable or other tax-exempt organizations described in section 501(c)(3) of the Internal Revenue Code (26 U.S.C. 501(c));

    d.    A cooperative association as defined in section 15(a) of the Agricultural Marketing Act (2 U.S.C. 1141j(a)) with not more than 500 employees;

    e.    Any other partnership, corporation, association, unit of local government, or organization with a net worth of not more than $7 million and not more than 500 employees.

FURTHER AFFIANT SAYETH NOT

    DATED this ___4th___ day of April, 2011

_(signature)_

    On this _4th_ day of April, 2011, before me personally appeared _JOSEPH Tilden_, to me personally known, who, being by me duly sworn, did say that he/she signed said Affidavit in hi/hers capacity as _BOARD MEMBER SFW BIG HORN BASIN_, and he/she acknowledged said instrument to be his/her free act and deed.

    Given under my hand and notarial seal this _4th_ day of _April_, 2011.

LIBRADITA L. LOUDON   NOTARY PUBLIC
COUNTY OF        STATE OF
PARK             WYOMING
MY COMMISSION EXPIRES JULY 13, 2011

_(signature)_
Notary Public

My Commission Expires: 7-13-2011

**AFFIDAVIT OF** _____

STATE OF WYOMING                                    )
                                                    ) ss
COUNTY OF  *FREMONT* _____                         )

I, *DAVID W. VAUGHAN*, as the *President* _____ of *Fremont County Sportsmen*, being first duly sworn, do hereby state and affirm as follows:

1.    I am a resident of *LANDER* _____, Wyoming, in *FREMONT* _____ County. I am fully familiar with the facts stated herein and make this Affidavit based upon my own personal knowledge.

2.    I am/our organization, *Fremont County Sportsmen*, is (circle one):

   a.    An individual with a net worth of not more than $2 million;

   b.    The sole owner of an unincorporated business who has a net worth of not more than $7 million, including both personal and business interests, and not more than 500 employees;

   c.    A charitable or other tax-exempt organizations described in section 501(c)(3) of the Internal Revenue Code (26 U.S.C. 501(c);

   d.    A cooperative association as defined in section 15(a) of the Agricultural Marketing Act (2 U.S.C. 1141j(a)) with not more than 500 employees;

   e.    Any other partnership, corporation, association, unit of local government, or organization with a net worth of not more than $7 million and not more than 500 employees.

FURTHER AFFIANT SAYETH NOT

   DATED this _*2*_ day of April, 2011.

                     *David W Vaughan*

   On this _*2*_ day of April, 2011, before me personally appeared *David W Vaughan*, to me personally known, who, being by me duly sworn, did say that he/she signed said Affidavit in hi/hers capacity as *President* _____, and he/she acknowledged said instrument to be his/her free act and deed.

   Given under my hand and notarial seal this _*2*_ day of *April* , 2011.

                     *M RaDall Borton*
                     Notary Public

My Commission Expires:

M RaDall Borton - Notary Public
County of Fremont              State of Wyoming
My Commission Expires 2/28/2013

**AFFIDAVIT OF** _Goshen County Predator Management District_

STATE OF WYOMING )
) ss
COUNTY OF _Goshen_ )

I, _Stanley Smith_, as the _Sec., Treas._ of _Goshen Co. PMD_ being first duly sworn, do hereby state and affirm as follows:

1. I am a resident of _Torrington_, Wyoming, in _Goshen_ County. I am fully familiar with the facts stated herein and make this Affidavit based upon my own personal knowledge.

2. I am/our (organization) _Goshen County PMD_, is (circle one):

    a. An individual with a net worth of not more than $2 million;

    b. The sole owner of an unincorporated business who has a net worth of not more than $7 million, including both personal and business interests, and not more than 500 employees;

    c. A charitable or other tax-exempt organizations described in section 501(c)(3) of the Internal Revenue Code (26 U.S.C. 501(c);

    d. A cooperative association as defined in section 15(a) of the Agricultural Marketing Act (2 U.S.C. 1141j(a)) with not more than 500 employees;

    e. Any other partnership, corporation, association, unit of local government, or organization with a net worth of not more than $7 million and not more than 500 employees.

FURTHER AFFIANT SAYETH NOT

DATED this _6_ day of April, 2011.

_Stanley Smith_

On this _6th_ day of April, 2011, before me personally appeared _Stanley Smith_ to me personally known, who, being by me duly sworn, did say that he/she signed said Affidavit in hi/hers capacity as _Secretary- Treasurer_, and he/she acknowledged said instrument to be his/her free act and deed.

Given under my hand and notarial seal this _6th_ day of _April_, 2011.

_Gayle Ludens_
Notary Public

My Commission Expires:

_12-23-2014_

## AFFIDAVIT OF Converse County Farm Bureau

STATE OF WYOMING )
                                ) ss

COUNTY OF CONVERSE )

    I, RONI K. VOLLMAN , as the TREASURER of  CONVERSE COUNTY FARM BUREAU, being first duly sworn, do hereby state and affirm as follows:

1.    I am a resident of  DOUGLAS, Wyoming, in CONVERSE County.   I am fully familiar with the facts stated herein and make this Affidavit based upon my own personal knowledge.

2.    I am/our organization,  CONVERSE COUNTY FARM BUREAU, is (circle one):

    a.    An individual with a net worth of not more than $2 million;

    b.    The sole owner of an unincorporated business who has a net worth of not more than $7 million, including both personal and business interests, and not more than 500 employees;

    c.    A charitable or other tax-exempt organizations described in section 501(c)(3) of the Internal Revenue Code (26 U.S.C. 501(c);

    d.    A cooperative association as defined in section 15(a) of the Agricultural Marketing Act (2 U.S.C. 1141j(a)) with not more than 500 employees;

    e.    Any other partnership, corporation, association, unit of local government, or organization with a net worth of not more than $7 million and not more than 500 employees.

FURTHER AFFIANT SAYETH NOT

    DATED this  5th  day of April, 2011

    *Roni K. Vollman*

    On this  5  day of April, 2011, before me personally appeared Roni K. Vollman, to me personally known, who, being by me duly sworn, did say that he/she signed said Affidavit in hi/hers capacity as Treasurer of Converse County Farm Bureau and he/she acknowledged said instrument to be his/her free act and deed.

    Given under my hand and notarial seal this  5  day of  April , 2011.

MICHELLE R. HUNTINGTON - NOTARY PUBLIC
County of           State of
Converse           Wyoming
Commission Expires October 6, 2012

    *Michelle R. Huntington*
    Notary Public

My Commission Expires: October 6, 2012



## AFFIDAVIT OF _____

STATE OF WYOMING        )
                        ) ss
COUNTY OF *Fremont*     )

I, *Fritz Meyer*, as the *President* of *Dubois Outfitters Assoc.*
being first duly sworn, do hereby state and affirm as follows:

1.  I am a resident of *Dubois*, Wyoming, in *Fremont* County. I am fully familiar
    with the facts stated herein and make this Affidavit based upon my own personal knowledge.

2.  I am/our organization, _____, is (circle one):

    a.  An individual with a net worth of not more than $2 million;

    b.  The sole owner of an unincorporated business who has a net worth of not more than $7
        million, including both personal and business interests, and not more than 500
        employees;

    (c.)  A charitable or other tax-exempt organizations described in section 501(c)(3) of the
        Internal Revenue Code (26 U.S.C. 501(c);

    d.  A cooperative association as defined in section 15(a) of the Agricultural Marketing Act
        (2 U.S.C. 1141j(a)) with not more than 500 employees;

    e.  Any other partnership, corporation, association, unit of local government, or organization
        with a net worth of not more than $7 million and not more than 500 employees.

FURTHER AFFIANT SAYETH NOT

DATED this *4-11-11* day of April, 2011

_____

On this *11* day of April, 2011, before me personally appeared *Fritz meyer*, to
me personally known, who, being by me duly sworn, did say that he/she signed said Affidavit in
hi/hers capacity as *President   DOA*, and he/she acknowledged
said instrument to be his/her free act and deed.

Given under my hand and notarial seal this *11* day of *April*, 2011.

_____
Notary Public

My Commission Expires: *10-18-2014*

LISA HARRINGTON   NOTARY PUBLIC
COUNTY OF         STATE OF
FREMONT           WYOMING
MY COMMISSION EXPIRES OCTOBER 18, 2014

**AFFIDAVIT OF** _Todd Stevie, President for WYOGA_

STATE OF WYOMING          )
                                  ) ss

COUNTY OF _Natrona_        )

     I, _Todd Stevie_, as the _President_ of _Wyoming Outfitters & Guides Assoc_ being first duly sworn, do hereby state and affirm as follows:

1.     I am a resident of _Cora_, Wyoming, in _Sublette_ County. I am fully familiar with the facts stated herein and make this Affidavit based upon my own personal knowledge.

2.     I am/our organization, _____, is (circle one):

       a.     An individual with a net worth of not more than $2 million;

       b.     The sole owner of an unincorporated business who has a net worth of not more than $7 million, including both personal and business interests, and not more than 500 employees;

       (c.)     A charitable or other tax-exempt organizations described in section 501(c)(3) of the Internal Revenue Code (26 U.S.C. 501(c);

       d.     A cooperative association as defined in section 15(a) of the Agricultural Marketing Act (2 U.S.C. 1141j(a)) with not more than 500 employees;

       e.     Any other partnership, corporation, association, unit of local government, or organization with a net worth of not more than $7 million and not more than 500 employees.

FURTHER AFFIANT SAYETH NOT

     DATED this _12th_ day of April, 2011

                      _[signature]_

     On this _12th_ day of April, 2011, before me personally appeared _Todd Stevie_, to me personally known, who, being by me duly sworn, did say that he/she signed said Affidavit in his/hers capacity as _President_, and he/she acknowledged said instrument to be his/her free act and deed.

     Given under my hand and notarial seal this _12th_ day of _April_, 2011.

NOTARY PUBLIC
LAURIE A MARCOVITE
STATE OF WYOMING
COUNTY OF NATRONA
My Commission Expires Aug 27, 2014

                      _[signature]_
                      Notary Public

My Commission Expires: 8-27-2014

**AFFIDAVIT OF** _WC BOCC_

STATE OF WYOMING           )
                                        ) ss

COUNTY OF _Weston_         )

       I, _Tom Bruce_, as the _Chairman_ of _Weston Co BOCC_, being first duly sworn, do hereby state and affirm as follows:

1.     I am a resident of _Newcastle_, Wyoming, in _Weston_ County.  I am fully familiar with the facts stated herein and make this Affidavit based upon my own personal knowledge.

2.     ~~I am~~/our organization, _Weston County_, is (circle one):

     a.     An individual with a net worth of not more than $2 million;

     b.     The sole owner of an unincorporated business who has a net worth of not more than $7 million, including both personal and business interests, and not more than 500 employees;

     (c.)     A charitable or other tax-exempt organizations described in section 501(c)(3) of the Internal Revenue Code (26 U.S.C. 501(c);

     d.     A cooperative association as defined in section 15(a) of the Agricultural Marketing Act (2 U.S.C. 1141j(a)) with not more than 500 employees;

     e.     Any other partnership, corporation, association, unit of local government, or organization with a net worth of not more than $7 million and not more than 500 employees.

FURTHER AFFIANT SAYETH NOT

     DATED this _11_ day of April, 2011

                    _Tom M. Bruce_

     On this _11th_ day of April, 2011, before me personally appeared _Tom Bruce_, to me personally known, who, being by me duly sworn, did say that he/she signed said Affidavit in hi/hers capacity as _Chairman of Weston Co BOCC_, and <u>he</u>/she acknowledged said instrument to be <u>his</u>/her free act and deed.

     Given under my hand and notarial seal this _11th_ day of _April_, 2011.

                    _Gidget Macke_
                    Notary Public

My Commission Expires: _1/29/2014_

> Gidget Macke - Notary Public
> County of Weston    State of Wyoming
> My Commission Expires January 29, 2014

AFFIDAVIT OF ___Bryce R. Reece___

STATE OF WYOMING                              )
                                              ) ss
COUNTY OF ___~~Natrona~~ Laramie___          )

I, ___Bryce R. Reece_____, as the ___Executive Vice President_____ of
___Wyoming Wool Growers Association_____, being first duly sworn, do hereby state and affirm
as follows:

1.   I am a resident of ___Casper_____, Wyoming, in ___Natrona_____ County.   I am fully
     familiar with the facts stated herein and make this Affidavit based upon my own personal
     knowledge.

2.   I am/our organization, _____Wyoming Wool Growers Association_____, is (circle
     one):
     a.   An individual with a net worth of not more than $2 million;
     b.   The sole owner of an unincorporated business who has a net worth of not more than $7
          million, including both personal and business interests, and not more than 500 employees;
     c.   A charitable or other tax-exempt organizations described in section 501(c)(3) of the
          Internal Revenue Code (26 U.S.C. 501(c);
     d.   A cooperative association as defined in section 15(a) of the Agricultural Marketing Act (2
          U.S.C. 1141j(a)) with not more than 500 employees;
     e.   Any other partnership, corporation, association, unit of local government, or organization
          with a net worth of not more than $7 million and not more than 500 employees.

FURTHER AFFIANT SAYETH NOT

     DATED this ___11th___ day of April, 2011.

On this __11__ day of April, 2011, before me personally appeared ___Bryce R. Reece___, to me
personally known, who, being by me duly sworn, did say that he/she signed said Affidavit in
hi/hers capacity as ___Executive Vice President_____, and he/she acknowledged said
instrument to be his/her free act and deed.

     Given under my hand and notarial seal this __11__ day of ___April___, 2011.

                                              ___Kimberly J. Erickson___
                                              Notary Public

My Commission Expires: 06/05/11

KIMBERLY J. ERICKSON - NOTARY PUBLIC
COUNTY OF
LARAMIE                STATE OF
                       WYOMING
MY COMMISSION EXPIRES   JUN. 5, 2011



**AFFIDAVIT OF Predator Management District of Niobrara County, Wyoming**

STATE OF WYOMING ⎫
⎬ ss
COUNTY OF __Niobrara_____ ⎭

I,_ Daniel J. Tadewald _, as the _Vice-President_ of _ **Predator Management District of Niobrara County, Wyoming** _, being first duly sworn, do hereby state and affirm as follows:

1.  I am a resident of _Van Tassell__, Wyoming, in _Goshen__ County.  I am fully familiar with the facts stated herein and make this Affidavit based upon my own personal knowledge.

2.  I am/our organization,  **Predator Management District of Niobrara County, Wyoming,** is (circle one):

    a.  An individual with a net worth of not more than $2 million;

    b.  The sole owner of an unincorporated business who has a net worth of not more than $7 million, including both personal and business interests, and not more than 500 employees;

    c.  A charitable or other tax-exempt organizations described in section 501(c)(3) of the Internal Revenue Code (26 U.S.C. 501(c);

    d.  A cooperative association as defined in section 15(a) of the Agricultural Marketing Act (2 U.S.C. 1141j(a)) with not more than 500 employees;

    (e.)  Any other partnership, corporation, association, unit of local government, or organization with a net worth of not more than $7 million and not more than 500 employees.

FURTHER AFFIANT SAYETH NOT

DATED this __12__ day of April, 2011

*Daniel J. Tadewald*

On this _12th_ day of April, 2011, before me personally appeared *Daniel J Tadewald*, to me personally known, who, being by me duly sworn, did say that he/she signed said Affidavit in his/her capacity as _Vice-president_____, and he/she acknowledged said instrument to be his/her free act and deed.

Given under my hand and notarial seal this _12th_ day of _April_, 2011.

*Vicky West*
Notary Public

My Commission Expires: *April 20, 2011*

VICKY WEST
COUNTY OF
NIOBRARA
NOTARY PUBLIC
STATE OF
WYOMING
MY COMMISSION EXPIRES APRIL 20, 2011

**AFFIDAVIT OF**   <u>Jackson Hole Outfitters & Guides Association</u>

STATE OF WYOMING                      )
                                      ) ss
COUNTY OF <u>Lincoln</u>                )

I, <u>Lynn Madsen</u>, as the <u>President</u> of <u>Jackson Hole Outfitters & Guides Association,</u> being first duly sworn, do hereby state and affirm as follows:

1.   I am a resident of <u>Afton</u>, Wyoming, in <u>Lincoln</u> County. I am fully familiar with the facts stated herein and make this Affidavit based upon my own personal knowledge.

2.   I am/our organization, <u>Jackson Hole Outfitters & Guides Association</u>, is (circle one):

   a.   An individual with a net worth of not more than $2 million;

   b.   The sole owner of an unincorporated business who has a net worth of not more than $7 million, including both personal and business interests, and not more than 500 employees;

   c.   A charitable or other tax-exempt organizations described in section 501(c)(3) of the Internal Revenue Code (26 U.S.C. 501(c);

   d.   A cooperative association as defined in section 15(a) of the Agricultural Marketing Act (2 U.S.C. 1141j(a)) with not more than 500 employees;

   e.   Any other partnership, corporation, association, unit of local government, or organization with a net worth of not more than $7 million and not more than 500 employees.

FURTHER AFFIANT SAYETH NOT

   DATED this <u>12</u> day of April, 2011.

   On this <u>12</u> day of April, 2011, before me personally appeared <u>LYNN MADSEN</u>, to me personally known, who, being by me duly sworn, did say that he/she signed said Affidavit in hi/hers capacity as <u>Lynn Madson Lm President</u>, and he/she acknowledged said instrument to be his/her free act and deed.

   Given under my hand and notarial seal this <u>12th</u> day of <u>April</u>, 2011.

   CHRIS ALLRED    NOTARY PUBLIC
   COUNTY OF       STATE OF
   LINCOLN         WYOMING
   MY COMMISSION EXPIRES JULY 9, 2012

   _____
   Notary Public

My Commission Expires: <u>July 9, 2012</u>